IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 4:17-CV-00512-ALM
2. Style of case: PREMIER DRIVE ASSOCIATES LLC V. TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA
3. Nature of suit: Insurance
4. Method of ADR used:     ☑ Mediation         ☐ Mini-Trial          ☐ Summary Jury Trial
5. Date ADR session was held: 1/19/2018
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.           ☐ Settled, in part, as result of ADR
    **XX Settled as a result of ADR.**           ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $3050.00
8. Duration of ADR: Full Day   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

    Courtenay L. Bass - Mediator           James Holbrook, Esq. - Defendant
    Samson Kassaye – Plaintiff's Rep.      Bill Haneline – Defendant's Rep.
    James M. McClenny, Esq.-Plaintiff      Kirk Sperry – Defendant's Rep.
    Sean M. Patterson, Esq.-Plaintiff      Duncan Parks – Defendant's Rep.
    J. Zachary Moseley, Esq.-Plaintiff

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                        January 22, 2018
Signature                                  Date


12001 N. Central Expressway, Suite 650, Dallas, Texas  75243     (214)303-4500
Address                                                          Telephone

**James M. McClenny, Esq.**
McClenny Moseley & Associates, PLLC
411 N. Sam Houston Pkwy.
Suite 200
Houston, TX  77060
(844) 662-7552
(844) 662-7552

**J. Zachary Moseley, Esq.**
McClenny Moseley & Associates, PLLC
411 N. Sam Houston Pkwy.
Suite 200
Houston, TX  77060
(844) 662-7552
(844) 662-7552

**Sean M. Patterson, Esq.**
McClenny Moseley & Associates, PLLC
411 N. Sam Houston Pkwy.
Suite 200
Houston, TX  77060
(844) 662-7552
(844) 662-7552

**James W. Holbrook, III, Esq.**
Zelle LLP
901 Main Street
Suite 4000
Dallas, TX  75202
(214) 742-3000
(214) 760-8994

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing ADR Reporting Form was electronically filed with and has been electronically sent to all parties through the Eastern District of Texas Electronic Court Filing system on January 22, 2018.

*Courtenay L. Bass*
Courtenay L. Bass
Mediator