IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PREMIER DRIVE ASSOCIATES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-00512-ALM |
| | § | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered the Joint Motion to Dismiss with Prejudice ("Joint Motion") filed by Plaintiff and Defendant (collectively, "Parties"). After considering the Joint Motion, the Court is of the opinion that the Joint Motion has merit and should be GRANTED.

Therefore, it is ORDERED that any and all claims and causes of action Plaintiff has asserted against Defendant in this lawsuit are hereby dismissed with prejudice to the refiling of same.

IT IS FURTHER ORDERED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 28th day of February, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE